1  Mark E. Ellis - 127159
   Jeanine K. Clasen - 164404
2  MURPHY, PEARSON, BRADLEY & FEENEY
   701 University Avenue, Suite 150
3  Sacramento, CA 95825
   Telephone:  (916) 565-0300
4  Facsimile:  (916) 565-1636

5  Attorneys for Defendants

6

7  Ronald Wilcox - 176601
   Attorney at Law
8  2160 The Alameda
   First Floor, Suite F
9  San Jose, CA 95126-1122
   Tel: (408)296-0400
10 Fax: (408)296-0486                                    **E-filed 7/19/05**

11 Lance Raphael
   Allison Krumhorn
12 Consumer Advocacy Center, P.C.
   180 West Washington, Suite 700
13 Chicago, IL 60602
   Tel: (312) 782-5808
14 Fax: (312) 377-9930
15 (Not admitted to practice in California)

16 Attorneys for Plaintiffs
   ELIZABETH TREVINO and
17 YADIRA RIOS

18
                    UNITED STATES DISTRICT COURT
19
          NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION
20

21
22 ELIZABETH TREVINO and YADIRA RIOS, on     Case No.: C05 00239 JF HRL
   behalf of themselves and all others similarly
   situated
23
                                              JOINT CASE MANAGEMENT
          Plaintiff,                          CONFERENCE STATEMENT
24
25 v.

26 ACB AMERICAN, INC., HILCO
   RECEIVABLES, LLC, B. MASTERS and K.
   FRANCIS,
27        Defendants.

28

- 1 -

Joint Case Management Conference Statement

From:LAW OFFICE OF RON WILCOX    408 296 0486    07/07/2005 20:44 #451 P.002/002
Case 5:05-cv-00239-JF   Document 25   Filed 07/19/05   Page 2 of 2

Jul-07-05  04:28pm  From-Murphy,Pearson,Bradley,Feeney    +818-855-1637    T-855  P.003/003  F-881

The Court has ordered the parties to proceed to ADR. The ADR session is set for August 9, 2005. The parties request the Court continue the CMC for 30 days, allowing the parties time to attend the ADR session.

Dated: July 7, 2005

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Jeanine K. Clasen
Attorneys for Defendants
ACB AMERICAN, INC. and
KATHLEEN ROBERSON

Dated: 7/7/05

RONALD WILCOX

By _____
Ronald Wilcox
Attorney for Plaintiffs
ELIZABETH TREVINO and
YADIRA RIOS

[PROPOSED] ORDER

The Case Management Conferences is hereby continued from July 22, 2005 to 8/26/05

/s/electronic signature authorized                      7/19/05
_____               _____
HON. JEREMY FOGEL, U.S. DISTRICT COURT JUDGE         DATE

- 2 -

Joint Case Management Conference Statement