**E-filed 8/16/05**

1  Mark E. Ellis - 127159
   Jeanine K. Clasen - 164404
2  MURPHY, PEARSON, BRADLEY & FEENEY
   701 University Avenue, Suite 150
3  Sacramento, CA  95825
   Telephone:     (916) 565-0300
4  Facsimile:     (916) 565-1636

5  Attorneys for Defendants
   ACB AMERICAN, INC., B. MASTERS AND K. FRANCIS; AND HILCO RECEIVABLES, LLC
6

7

8                       UNITED STATES DISTRICT COURT

9        DISTRICT OF NORTHERN DISTRICT OF CALIFORNIA   SAN JOSE DIVISION

10

11  ELIZABETH TREVINO and YADIRA RIOS, on          Case No.: C05 00239 HRL
    behalf of themselves and all others similarly
12  situated                                       **DEFENDANT ACB AMERICAN, INC., B.
                                                   MASTERS AND K. FRANCIS; AND HILCO
13          Plaintiff,                             RECEIVABLES, LLC'S MOTION TO
                                                   APPEAR TELEPHONICALLY AT CASE
14  v.                                             MANAGEMENT CONFERENCE**

15  ACB AMERICAN, INC., HILCO                      Date:  August 26, 2005
    RECEIVABLES, LLC, B. MASTERS and K.            Time:  10:30 a.m.
16  FRANCIS,
                                                   Hon. Howard R. Lloyd
17          Defendants.

18

19

20

21
         Jeanine K. Clasen, counsel for Defendant ACB AMERICAN, INC., B. MASTERS AND K.
22
    FRANCIS; AND HILCO RECEIVABLES, LLC , requests permission to appear by telephone at the
23
    Case Management Conference scheduled in this matter.  This is a further conference, Ms. Clasen
24
    personally appeared at the initial conference and her office is located in Sacramento, some 125 miles
25
    / / / /
26
    / / / /
27
    / / / /
28
                                            - 1 -

1  from the Court.

2  Dated: August 8, 2005

MURPHY, PEARSON, BRADLEY & FEENEY

3

4

By _____

5     Jeanine K. Clasen
      Attorneys for Defendants
6     ACB AMERICAN, INC., B. MASTERS AND K.
      FRANCIS; AND HILCO RECEIVABLES, LLC

7

8

        The court hereby grants the request for Jeanine K. Clasen to appear at the above-mentioned
9
   hearing telephonically.  **IT IS SO ORDERED.**
10
   Date: 8/15/05 _____          /s/electronic signature authorized
11                                          _____
                                            The Hon. ~~Howard R. Lloyd~~ Jeremy Fogel
12                                          United States District Court

13

14  JKC.10282201.doc

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            - 2 -

   Defendant ACB American, Inc., B. Masters and K. Francis; and Hilco Receivables, LLC's Motion To
            Appear Telephonically At Case Management Conference