RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Lance Raphael
Allison Krumhorn
Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
Tel: 312-782-5808
Fax: 312-377-9930

Counsel for Plaintiff's

**E-filed 8/25/05**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

ELIZABETH TREVINO and YADIRA RIOS, on behalf of themselves and all others similarly situated,
    Plaintiffs,
  vs.

ACB AMERICAN INC., HILCO RECEIVABLES LLC, B. MASTERS and K. FRANCIS,
    Defendants.

) Case No.: C05-00239 JF HRL
)
) PLAINTIFFS' CASE MANAGEMENT
) CONFERENCE STATEMENT, REQUEST
) TO CONTINUE, and [PROPOSED] ORDER

    The Case Management Conference is scheduled for August 26, 2005 at 10:30am. The parties have a Mediation scheduled to take place on August 29, 2005 at 10:00a.m. Since it would be appropriate to hold the Case Management Conference after the Mediation, Plaintiffs request the Court to continue the Case Management Conference to September 30, 2005.

    Plaintiffs' office faxed Defendants a Stipulation to Continue the Case Management Conference. However, defendants informed plaintiffs that Ms. Clasen, defendants' counsel,

1  would not be available to sign the Stipulation until August 23, 2005.  It is Plaintiffs'
2  understanding that Defendants have no opposition to a continuance.

4  Dated: 8/19/2005            /s/Ronald Wilcox
                               Ronald Wilcox, Attorney for Plaintiffs

**[PROPOSED] ORDER**

**The Case Management Conference is continued to September 30, 2005.**

**IT IS SO ORDERED:**  8/25/05            Jeremy Fogel /s/electronic signature authorized
                                          **U.S. DISTRICT JUDGE**

2