Case 5:05-cv-00239-JF   Document 39   Filed 12/12/05   Page 1 of 1

E-FILED
DEC 1 2 2005
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
DEC 0 6 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Elizabeth Trevino, et al.

       Plaintiff(s),

v.

ACB American, Inc., et al.

       Defendant(s).

CASE NO. C05-00239-JF

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Brian L. Bromberg, an active member in good standing of the bar of New York, whose business address and telephone number is 40 Exchange Place, Suite 2010, New York, NY 10005; Tel: 212-248-7906, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12-8-05

Jeremy Fogel
United States District Judge