Ronald Wilcox, #176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

Lance Raphael
Stacy Bardo
Allison Krumhorn
Consumer Advocacy Center, P.C.
180 West Washington, Suite 700                **E-filed 2/14/06**
Chicago, IL  60602
Tel: (312) 782-5808
Fax: (312) 377-9930
(Not admitted to practice in California)

Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH TREVINO and YADIRA RIOS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACB AMERICAN, INC, LAKE COOK PARTNERS, LLC, HILCO RECEIVABLES, LLC, B. MASTERS and K. FRANCIS,<br><br>Defendants. | Case No. C05-00239 JF<br><br>REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br>Date:  February 17, 2006<br>Time:  10:30 a.m. |

The Plaintiffs are holding settlement discussions with at least one of the Defendants. Plaintiffs have attempted to confer with Defendants for purposes of the Case Management Conference, but Plaintiffs have not heard back from Defendants.  Thus, the Plaintiffs request to continue the Case Management Conference to March 17, 2006.

Dated:  2/13/06                                           /s/Ronald Wilcox
                                                                    Ronald Wilcox, Attorney for Plaintiffs

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.  C05-00239 JF                                                                                                          1

1       **[PROPOSED] ORDER**

2   The Case Management Conference shall be continued to __3/24/06_____ at __10:30____.

3   **IT IS SO ORDERED.**

4

5   Dated:  __2/14/06__                              _____
                                                       U.S. DISTRICT JUDGE JEREMY FOGEL

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.  C05-00239 JF

2