United States District Court
For the Northern District of California

1

2

3                                                              *E-filed 2/17/06*

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11    ELIZABETH TREVINO and YADIRA RIOS,
      on behalf of themselves and all others similarly         Case No. C05-00239 JF (HRL)
12    situated,
                                                               ORDER RE: PROTECTIVE ORDER
13                    Plaintiffs,

14            v.

15    ACB AMERICAN, INC., HILCO
      RECEIVABLES, LLC, B. MASTERS and
16    K. FRANCIS,

17                    Defendants.
                                                      /
18

19    I.      Background

20            A recent discovery dispute between the parties concerned the production of certian

21    "confidential" information.  At the hearing on the motion to compel, both parties represented

22    that they would stipulate to the "standard" protective order used in this District.  Accordingly,

23    the court's discovery order of January 27, 2006 required the parties to enter into a stipulated

24    protective order.

25            On February 11, 2006, defendants filed a "Response to Magistrate Lloyd's January 27,

26    2006 order" in which they stated that the parties had reached an impasse in their negotiations

27    over the stipulated protective order.  Apparently, the standard protective order available on the

28    District Court website has "optional" provisions that the parties cannot agree on.  Defendants

      want the inclusion of optional provision 7.4, which sets out a procedure that must be followed

before confidential discovery may be turned over to an expert.  They are concerned that, without provision 7.4, it will be difficult to enforce compliance with the protective order against an out-of-state expert.  Defendants requested that the court enter their proposed protective with provision 7.4.

On February 13, 2006, plaintiffs filed their own "Letter Brief Regarding the Protective Order."  Plaintiffs stated that they believed optional provision 7.4 added overly complicated and unnecessary procedures to the litigation.  They asserted that the protective order provides adequate protection without the additional requirements.  Plaintiffs requested that the court enter their proposed protective order without provision 7.4 (but was in all other respects identical to defendants' proposal).

Having reviewed both iterations of the protective order, the court believes that there is adequate protection without the addition of provision 7.4.  The protective order already requires (in provision 7.2(c)) all experts who receive confidential information to sign an "Acknowledgment and Agreement to be Bound" by the protective order.  The Agreement specifically states: "I further submit to the jurisdiction of the United States District Court of the Northern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action."

Because the court believes that this explicit consent to jurisdiction provides the parties with adequate means to enforce the protective order against out-of-state experts, if necessary, the court will enter the protective order without provision 7.4, as submitted by plaintiffs.

**IT IS SO ORDERED.**

Dated: 2/17/06                                         ___/s/ Howard R. Lloyd_____
                                                                    HOWARD R. LLOYD
                                                                    UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

2

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

| | |
|---|---|
| Brian Lewis Bromberg | brian@brianbromberg.com |
| Jeanine K. Clasen | jclasen@mpbf.com, npruitt@mpbf.com, jmueller@mpbf.com |
| June D. Coleman | jcoleman@mpbf.com, fwilson@mpbf.com |
| Mark Ewell Ellis | mellis@mpbf.com, lmiller@mpbf.com |
| Allison Amy Krumhorn | allison@caclawyers.com |
| Lance A. Raphael | lar@caclawyers.com |
| Ronald Wilcox | ronaldwilcox@post.harvard.edu |

* Counsel are responsible for providing copies of this order to co-counsel.


Dated: 2/17/06

_____/s/ RNR_____
Chambers of Magistrate Judge Lloyd

**United States District Court**

For the Northern District of California

3