RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

**E-filed 3/20/06**

Lance Raphael
Allison Krumhorn
Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
Tel: 312-782-5808
Fax: 312-377-9930

Counsel for Plaintiff's

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH TREVINO and YADIRA RIOS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>    vs.<br><br>ACB AMERICAN INC., HILCO RECEIVABLES LLC, B. MASTERS and K. FRANCIS,<br><br>    Defendants. | Case No.: C05-00239 JF HRL<br><br>PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT, REQUEST TO CONTINUE, and [PROPOSED] ORDER |

A Case Management Conference is scheduled for March 24, 2006, at 10:30am. Defendant ACB American, Inc., and plaintiffs are negotiating settlement. Defendants have indicated Hilco Receivables, LLC, may also join in a settlement. Defendant Hilco Receivables, LLC, has a motion for summary judgment set to be heard March 31. Thus, Plaintiffs request the Court continue the CMC to March 31 at which time the parties can update the Court as to status.

Date: 3/16/06

/s/Ronald Wilcox
Ronald Wilcox

1

1
2                          **[PROPOSED] ORDER**
3         The Case Management Conference is continued to ~~March 31, 2006.~~   4/28/06.
4
5   **IT IS SO ORDERED:**  3/20/06
6                                                    _____
                                                     U.S. DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25