**E-filed 5/1/06**

1  Ronald Wilcox, #176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: (408) 296-0400
3  Fax: (408) 296-0486

4  Lance Raphael
   Stacy Bardo
5  Allison Krumhorn
   Consumer Advocacy Center, P.C.
6  180 West Washington, Suite 700
   Chicago, IL  60602
7  Tel: (312) 782-5808
   Fax: (312) 377-9930
8  (Not admitted to practice in California)

9  Attorneys for PLAINTIFFS

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11                    SAN JOSE DIVISION

12 | ELIZABETH TREVINO and        )
   | YADIRA RIOS,                 )
13 | on behalf of themselves and  )   Case No. C05-00239 JF
   | all others similarly situated )
14 |                              )
   |           Plaintiffs,        )   REQUEST TO CONTINUE
15 |      v.                      )   CASE MANAGEMENT
   |                              )   CONFERENCE AND
16 | ACB AMERICAN, INC,           )   [PROPOSED] ORDER
   | LAKE COOK PARTNERS, LLC,     )
17 | HILCO RECEIVABLES, LLC,      )   Date:  April 28, 2006
   | B. MASTERS and K. FRANCIS,   )   Time:  10:30 a.m.
18 |                              )
   |           Defendants.        )
19 |_____)

20    The Parties are exchanging class action settlement documents.  Thus, the Plaintiffs

21 request to continue the Case Management Conference to May 26, 2006.

22 Dated:  4/21/06                 /s/Ronald Wilcox
                                   Ronald Wilcox, Attorney for Plaintiffs
23

24

1 **[PROPOSED] ORDER**

2 The Case Management Conference shall be continued to   5/26/06   at   10:30  .

3 **IT IS SO ORDERED.**

4

5 Dated:  4/27/06

_____
U.S. DISTRICT JUDGE
JEREMY FOGEL

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C05-00239 JF

2