Mark E. Ellis - 127159
June D. Koper - 191890
MURPHY, PEARSON, BRADLEY & FEENEY
701 University Avenue, Suite 150
Sacramento, CA 95825
Telephone:    (916) 565-0300
Facsimile:    (916) 565-1636

**E-filed 5/22/06**

Attorneys for Defendants
ACB AMERICAN, INC., K. ROBESON aka K. FRANCIS; AND HILCO RECEIVABLES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA   SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH TREVINO and YADIRA RIOS, on behalf of themselves and all others similarly situated<br><br>    Plaintiff,<br><br>v.<br><br>ACB AMERICAN, INC., HILCO RECEIVABLES, LLC, B. MASTERS and K. FRANCIS,<br><br>    Defendants. | Case No.: C05 00239 JF (HRL)<br><br>**DEFENDANT ACB AMERICAN, INC., K. ROBESON aka K. FRANCIS; AND HILCO RECEIVABLES, LLC'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:        May 26, 2006<br>Time:        10:30 a.m.<br>Courtroom:    3 |

June Koper, counsel for Defendant ACB AMERICAN, INC., K. ROBESON aka K. FRANCIS; AND HILCO RECEIVABLES, LLC., requests permission to appear by telephone at the Case Management Conference scheduled in this matter. This is a further conference, Ms. Koper's office is located in Sacramento, some 125 miles from the Court.

Dated: May 17, 2006                    MURPHY, PEARSON, BRADLEY & FEENEY

                              By ___/s June D. Koper_____
                                    June D. Koper
                                    Attorneys for Defendants
                                    ACB AMERICAN, INC., K. ROBESON aka K.
                                    FRANCIS; AND HILCO RECEIVABLES, LLC

    The Court hereby grants the request for Defendants to appear at the above-mentioned hearing telephonically. **IT IS SO ORDERED.**   The parties are directed to call Court Call to arrange for the hearing at 866-582-6878.

Date:  5/19/06 _____         _____
                                    The Hon. Jeremy Fogel

- 1 -