Ronald Wilcox, #176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**E-filed 6/14/06**

Lance Raphael
Stacy Bardo
Allison Krumhorn
Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL  60602
Tel: (312) 782-5808
Fax: (312) 377-9930
(Not admitted to practice in California)

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH TREVINO and YADIRA RIOS, on behalf of themselves and all others similarly situated | Case No. C05-00239 JF |
| Plaintiffs, v. | REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |
| ACB AMERICAN, INC, LAKE COOK PARTNERS, LLC, HILCO RECEIVABLES, LLC, B. MASTERS and K. FRANCIS, Defendants. | Date:  June 16, 2006 Time: 10:30 a.m. |

The Parties have already are exchanged class action settlement documents and are currently working on the finer details of settlement.  Thus, the Parties request to continue the Case Management Conference to July 28, 2006. Defendants join in this request.

Dated:  6/12/06                    /s/Ronald Wilcox
                                                Ronald Wilcox, Attorney for Plaintiffs

1 | **[PROPOSED] ORDER**

2 | The Case Management Conference shall be continued to __July 28, 2006__ at __10:30__ .

3 | **IT IS SO ORDERED.**

4

5 | Dated: __4/14/06__

*[signature]*

U.S. DISTRICT JUDGE

6 | JEREMY FOGEL