**E-filed 6/28/06**

Mark E. Ellis - 127159
June D. Koper - 191890
MURPHY, PEARSON, BRADLEY & FEENEY
701 University Avenue, Suite 150
Sacramento, CA 95825
Telephone:   (916) 565-0300
Facsimile:   (916) 565-1636

Attorneys for Defendants
ACB AMERICAN, INC., K. ROBESON aka K. FRANCIS; AND HILCO RECEIVABLES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH TREVINO and YADIRA RIOS, on behalf of themselves and all others similarly situated<br><br>Plaintiff,<br>v.<br><br>ACB AMERICAN, INC., HILCO RECEIVABLES, LLC, B. MASTERS and K. FRANCIS,<br><br>Defendants. | Case No.: C05 00239 JF (HRL)<br><br>**DEFENDANT ACB AMERICAN, INC., K. ROBESON aka K. FRANCIS; AND HILCO RECEIVABLES, LLC'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:         **July 28, 2006**<br>Time:         **10:30 a.m.**<br>Courtroom:    **3** |

June Koper, counsel for Defendant ACB AMERICAN, INC., K. ROBESON aka K. FRANCIS; AND HILCO RECEIVABLES, LLC., requests permission to appear by telephone at the Case Management Conference scheduled in this matter. This is a further conference, Ms. Koper's office is located in Sacramento, some 125 miles from the Court.

Dated: June 22, 2006                                        MURPHY, PEARSON, BRADLEY & FEENEY

                                                            By    /s June D. Koper
                                                                  June D. Koper
                                                                  Attorneys for Defendants
                                                                  ACB AMERICAN, INC., K. ROBESON aka K.
                                                                  FRANCIS; AND HILCO RECEIVABLES, LLC

The Court hereby grants the request for Defendants to appear at the above-mentioned hearing telephonically. **IT IS SO ORDERED.**

Date: 6/27/06

_____
The Hon. Jeremy Fogel

- 1 -

Defendant's Motion To Appear Telephonically At Case Management Conference