Mark E. Ellis - 127159
June D. Coleman - 191890
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Telephone:    (916) 283-8820
Facsimile:    (916) 283-8821

Attorneys for Defendants ACB AMERICAN, INC., HILCO RECEIVABLES, LLC, D. VANN, and R. DUNN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA  - SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH TREVINO and YADIRA RIOS, on behalf of themselves and all others similarly situated<br><br>　　　Plaintiffs,<br><br>v.<br><br>ACB AMERICAN, INC., HILCO RECEIVABLES, LLC, B. MASTERS, and K. FRANCIS<br><br>　　　Defendants. | Case Nos.: C05 00239 JF (HRL)<br>　　　　　　C05 05001 JF<br><br>**REQUEST TO CONTINUE DATE FOR MAILING OF CLASS NOTICE AND [PROPOSED] ORDER** |
| SHERYL MCGRADY, on behalf of herself and all others similarly situated<br><br>　　　Plaintiff,<br><br>v.<br><br>ACB AMERICAN, INC., RANDALL DUNN, and DALTON VANN<br><br>　　　Defendants. | |

In conjunction with the settlement of this class action, on November 17, 2006, during the hearing on preliminary approval of the class settlement, the Court set a deadline to mail class notice by December 15, 2006. This order was not confirmed in the written order signed by the Court. Class notice will be mailed to approximately 20,000 people. Given the number of class members involved, the class administrator has informed defense counsel that it cannot mail class notice by the December 15, 2006 deadline set by the Court. The parties are in the process of approving the class notice

- 1 -

prepared by the class administrator (in the form approved by the Court). It is hoped that the form of the class notice will be approved by December 15, 2006. At that time, the class administrator will need to print approximately 20,000 class notices; fold 20,000 class notices; affix postage to 20,000 class notices, and mail the notices. Given the quantity of class notices, defendants request that the Court extend the class notice mailing deadline to December 22, 2006.

Defense counsel has raised this issue with plaintiffs' counsel several times this past week immediately when the class administrator raised it with defense counsel. Plaintiffs' counsel has not responded to requests for a joint request, but defense counsel believes that the request will not be opposed.

If the mailing date for class notice changes to December 22, 2006, then the opt-out date/return date for claims forms must also change, to February 5, 2007. Defendant counsel does not believe that these changed deadlines will result in a need to change the hearing date for final approval of the class settlement, currently set for February 23, 2007.

Dated:   December 14, 2006.

ELLIS, COLEMAN, POIRIER, LAVOIE & STEINHEIMER LLP

/s June D. Coleman
June D. Coleman
Attorney for Defendant
ACB AMERICAN, INC., HILCO
RECEIVABLES, LLC, D. VANN, and R. DUNN

GOOD CAUSE EXISTING, IT IS SO ORDERED that the deadline for mailing class notice will be extended to December 22, 2006, and the deadline for opting out or returning a claims for shall be extended to February 5, 2007.

DATED:   12/18/06

United States District Court Judge Jeremy Fogel

REQUEST TO CONTINUE DATE FOR MAILING OF CLASS NOTICE AND [PROPOSED] ORDER